Case 1:08-cv-01891-JGK   Document 4   Filed 02/29/2008   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PT JAYA SAMUNDRA KARUNIA SHIPPING,

          Plaintiff,

  - against -

USL SHIPPING FZE a/k/a USL SHIPPING FZE DUBAI,
USL SHIPPIN FZE DUBAI, USL FZE or
UNITED SHIPPERS LIMITED,

          Defendant.
----------------------------------------------------------------X

08 CV 1891 (JGK)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02-29-08

**ORDER APPOINTING SPECIAL PROCESS**
**SERVER PURSUANT TO F.R.C.P. RULE 4(c)**

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Nancy R. Peterson, sworn to on February 26, 2008, and good cause shown having been shown, it is hereby

ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy R. Peterson, Coleen A. McEvoy or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, including Gotham Process Servers, be, and is hereby, appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendant.

Dated: New York, NY
       February 26, 2008

                                            /s/ G. Koeltl
                                            U.S.D.J.