BLANK ROME, LLP
Attorneys for Defendant
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PT JAYA SAMUNDRA KARUNIA SHIPPING, <br><br> Plaintiff, <br><br> - against - <br><br> USL SHIPPING FZE a/k/a USL SHIPPING FZE DUBAI, USL SHIPPIN FZE DUBAI, USL FZE or UNITED SHIPPERS LIMITED, <br><br> Defendant. | 08 Civ. 1891 (JGK) <br><br> **F.R. CIV. P. RULE 7.1 STATEMENT** |

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
April 15, 2008

                                                  Respectfully submitted,
                                                BLANK ROME, LLP
                                                Attorneys for Defendant

                                                By _/s/ Jeremy Harwood_
                                                    Jeremy J.O. Harwood (JH 9012)
                                                405 Lexington Avenue
                                                New York, NY 10174
                                                Tel.: (212) 885-5000

294478.1
900200.00001/6632249v.1