BLANK ROME LLP
Attorneys for Defendant
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PT JAYA SAMUNDRA KARUNIA SHIPPING,<br><br>Plaintiff,<br><br>- against -<br><br>USL SHIPPING FZE a/k/a USL SHIPPING FZE DUBAI, USL SHIPPIN FZE DUBAI, USL FZE or UNITED SHIPPERS LIMITED,<br><br>Defendant. | 08 CV 1891 (JGK) |

### NOTICE OF MOTION UNDER RULE E OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS AND LOCAL ADMIRALTY RULE E.1 FOR COUNTERSECURITY

**PLEASE TAKE NOTICE THAT,** upon the accompanying memorandum of law, and Affidavit of Jeremy J.O. Harwood dated April 15, 2008 Defendant, will move this Court before the Hon. John Koeltl, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York for an Order pursuant to Rule E(4)(f) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("F.R.Civ.P.") for

countersecurity and granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE THAT**, under Local Rule 6.1(c) of the United States District Courts for the Southern and Eastern Districts of New York and the Court's individual practice rules, oral argument will be heard if so directed by the Court or upon application and that oral argument is so requested.

Date: New York, New York
April 15, 2008

                                        Respectfully submitted,

                                        BLANK ROME LLP

                                        By: /s/ Jeremy Harwood
                                        Jeremy J.O. Harwood
                                        405 Lexington Avenue
                                        New York, New York 10174
                                        (212) 885-5000

                                        *Attorneys for Defendant*

900200.00001/6631808v.1