BLANK ROME LLP
Attorneys for Defendant
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PT JAYA SAMUNDRA KARUNIA SHIPPING,<br><br>Plaintiff,<br><br>- against -<br><br>USL SHIPPING FZE a/k/a USL SHIPPING FZE DUBAI, USL SHIPPIN FZE DUBAI, USL FZE or UNITED SHIPPERS LIMITED,<br><br>Defendant. | 08 CV 1891 (JGK) |

### AFFIDAVIT OF JEREMY J.O. HARWOOD

STATE OF NEW YORK  )
                   : ss.:
COUNTY OF NEW YORK )

JEREMY J.O. HARWOOD, being duly sworn, deposes and says:

1.  I am a member of the firm of Blank Rome LLP, attorneys for the Defendant herein.

2.  I attach as Exhibit 1 hereto a true copy of plaintiff's counsel's letter dated March 6, 2008 advising of his client's attachment in the total sum of $447,040.

900200.00001/6631957v.1

_____
Jeremy J.O. Harwood

Sworn to before me this
15th day of April 2008

_____
Notary Public

NEAL MITCHELL
Notary Public, State of New York
No. 01MI6114408
Qualified in New York County
Commission Expires Aug. 16, 20__

**EXHIBIT 1**



Lennon, Murphy & Lennon, LLC
ATTORNEYS AT LAW

The GraySur Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

March 6, 2008

<u>Via E-mail dmw@maysbrown.com</u>
USL Shipping FZE
Dubai, 18623
UNITED ARAB EMIRATES

Re: PT Jaya Samundra Karunia Shipping v. USL Shipping FZE a/k/a USL Shipping FZE Dubai, USL Shippin FZE Dubai or United Shippers Limited
Docket Number: 08 Civ. 1891
Our File Number: 1373

Dear Sir or Madam:

We represent the Plaintiff, PT Jaya Samundra Karunia Shipping, in the above referenced lawsuit. We write to advise you that pursuant to an Ex Parte Order of Maritime Attachment and Garnishment issued in the above referenced lawsuit, your property was attached at Bank of America on or about March 3, 2008 in the approximate amount of $3,022.09, Citibank on or about March 4, 2008 in the amount of $35,639.17 and Bank of New York on or about March 4, 2008 in the amounts of $209,943.75, $38,497.00 and $159,938.18 on March 5, 2008.

Please find attached to this letter the following documents filed and/or issued in the above referenced lawsuit including, the Summons, Complaint, Affidavit in Support, Rule 7.1 Statement, Ex Parte Order of Maritime Attachment and Garnishment and Process of Attachment. Please also find attached hereto the Individual Rules for the Honorable Judge John G Koeltl.

Should you have any questions or concerns, please contact us at your convenience.

This letter is sent pursuant to Local Rule B.2 of the Local Rules for the United States District Court for the Southern District of New York.

Very truly yours,

Mary Fedorchak

mef/bhs
/enclosure