# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy – *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon – *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson – *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

*Via Facsimile (212) 805-7912*
Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007

Re:    **PT Jaya Samundra Karunia Shipping v. USL Shipping FZE Dubai, USL Shippin FZE Dubai, USL FZE or United Shippers Limited**
Docket Number: 08 Civ. 1891 (JGK)
Our Reference Number: 1373

Dear Judge Koeltl:

    We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. We write to notify the Court that the parties are attempting to come to an amicable agreement on the countersecurity issue and to request a small adjustment of the briefing schedule for the pending Motion for Countersecurity filed in this action by Defendant on April 16, 2008.

    As the parties are currently attempting to come to an amicable agreement regarding countersecurity, Defendant's counsel has consented to adjustment of the briefing schedule. Particularly, if no agreement is reached, Plaintiff will be allowed until Monday, May 12, 2008 to submit its opposition.

    Therefore, in light of the foregoing, we respectfully request that the Court memo-endorse this letter providing that Plaintiff's opposition papers are not due until May 12, 2008.

    Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

**APPLICATION GRANTED**
**SO ORDERED**

John G. Koeltl, U.S.D.J
5/7/08

Respectfully submitted,

Nancy R. Peterson

Cc:    *Via Facsimile (212)885-5001*
Jeremy O. Harwood
Jack Greenbaum
Blank Rome LLP