# LENNON, MURPHY & LENNON, LLC — *Attorneys at Law*

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
*phone* (212) 490-6050
*fax* (212) 490-6070

Patrick F. Lennon - *pfl@lenmur.com*
Charles E. Murphy – *cem@lenmur.com*
Kevin J. Lennon – *kjl@lenmur.com*
Nancy R. Siegel – *nrs@lenmur.com*

Tide Mill Landing
2425 Post Road
Southport, CT 06890
*phone* (203) 256-8600
*fax* (203) 256-8615

May 16, 2008

*Conference adjourned
to June 19, 2008
at 4:30 P.M. unless previously
discontinued.
So ordered.
5/16/08                John G. Koeltl
U.S.D.J.*

**Via Facsimile (212) 805-7912**
Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007

Re:  **PT Jaya Samundra Karunia Shipping v. USL Shipping FZE Dubai, USL Shippin FZE Dubai, USL FZE or United Shippers Limited**
Docket Number: 08 Civ. 1891 (JGK)
Our Reference Number: 1373

Dear Judge Koeltl:

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. We write to request an adjournment of the pretrial conference scheduled for this coming Monday, May 19, 2008 at 4:30 a.m.

The parties appear close to negotiating an agreement on the security issue and dismissing the present action.

In light of the negotiations, we request that the pre-trial conference currently scheduled in this matter for May 19, 2007 at 4:30 be adjourned for 30 days. Defendant's counsel has been contacted and consented to this request.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

Respectfully Submitted,

*Nancy Siegel*

Nancy R. Siegel (Peterson)

Cc:  **Via Facsimile (212)885-5001**
Jeremy O. Harwood
Jack Greenbaum
Blank Rome LLP

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08